UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| MARIO HERNANDEZ CASTILLO, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:21-CV-113-TAV-DCP |
| | ) | | |
| GRADY PERRY, | ) | | |
| | ) | | |
| Respondent. | ) | | |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered today, Mario Hernandez Castillo's petition for a writ of habeas corpus is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**. A certificate of appealability from this decision is **DENIED**.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24.

ENTER:

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

   LeAnna R. Wilson
   CLERK OF COURT